**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| Shannon D. Puckett, | ) | |
| | ) | Civil Action No. 0:15-cv-01392-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Chester County Sheriff's Office, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter comes before the court for review of the Magistrate Judge's Report and Recommendation ("Report"), [ECF No. 30], filed on June 9, 2016, recommending that the action be dismissed with prejudice for failure to prosecute. Plaintiff, proceeding *pro se* and *in forma pauperis*, brought this action seeking relief pursuant to 42 U.S.C. § 1983 for wrongful termination. [ECF No. 1.] The Report sets forth in detail the relevant facts and legal standards on this matter, and this court incorporates the Magistrate Judge's recommendation herein without a recitation.

    The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Matthews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

The Magistrate Judge advised Plaintiff of her right to file an objection to the Report within fourteen (14) days of the date of service of the Report. [ECF No. 30.] Plaintiff filed no objections. In the absence of an objection to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Instead, the court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985).

After a thorough review of the Report and the record in this case, the court finds that the Report provides an accurate summary of the facts and law in the instant matter and does not contain any clear error. The court **ADOPTS** the Magistrate Judge's Report and Recommendation [ECF No. 30.] It is therefore **ORDERED** that Plaintiff's action [ECF No. 1] be **DISMISSED** with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

J. Michelle Childs

United States District Judge

September 12, 2016
Columbia, South Carolina