AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Shannon D. Puckett,
*Plaintiff*
v.                                           Civil Action No.     0:15-01392-JMC

Chester County Sheriff's Office,
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendant and this action is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges to dismiss.

Date:   September 2, 2016                                *CLERK OF COURT*

                                                s/Angie Snipes
                                        _____
                                        *Signature of Clerk or Deputy Clerk*